78 A.3d 1070

**William H. LEAK, Petitioner**

v.

**Honorable Rose Marie DEFINO–NASTASI, Judge of the Court Common Pleas Philadelphia County, Pennsylvania, Respondent.**

**No. 127 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward the filings to counsel of record. The Prothonotary is directed to strike the name of the jurist from the caption.